**COMPAGNIA DI NAVIGAZIONE MAU-**
**RITIUS ROME, Libelant-Appellee,**

v.

**Manuel KULUKUNDIS and Intramar,**
**S.A., Respondents-Appellees,**

**Paragon Oil Company, Inc. and Republic**
**Tankers, S.A., Respondents-Appellants.**

**No. 250, Docket 25941.**

United States Court of Appeals
Second Circuit.

Argued March 7, 1960.

Decided March 24, 1960.

George J. Hammerman, New York City (Eli Ellis, Hill, Betts & Nash, New York City, on the brief), for respondents-appellants.

Allan A. Baillie, New York City (John H. Thoerner and Nelson, Healy, Baillie & Burke, New York City, on the brief), for libelant-appellee.

Sheldon A. Vogel, New York City (Bigham, Englar, Jones & Houston, New York City, on the brief), for respondents-appellees.

Before LUMBARD, Chief Judge, WATERMAN and LEWIS,* Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of Judge Moore, 182 F.Supp. 258.